UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIN SPENCER and NIKOLE GONZALEZ, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>KNIX WEAR, INC., et al.,<br><br>                    Defendants. | Case No. 1:23-cv-07823 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of a motion from Plaintiffs, which they identify as unopposed, seeking preliminary approval of the parties' settlement agreement. ECF No. 8. Defendants have not yet appeared in this action. Nevertheless, in light of Plaintiffs' representation that their motion is unopposed, the Court will hold a conference to discuss the settlement agreement, its preliminary approval, and next steps in this litigation, on **October 12, 2023** at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse. Plaintiffs are directed to serve a copy of this Order on Defendants forthwith.

Dated: September 19, 2023
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge