# EXHIBIT E

| Claim ID | FirstName | LastName | OptOut |
|---|---|---|---|
| KNS-100160085 | MARCIA | MODROW | 12/15/2023 |
| KNS-104159600 | LUBNA | PATEL | 12/15/2023 |
| KNS-103791981 | PHYLLIS | SLATE | 12/20/2023 |
| KNS-104978058 | PATRICIA | WILLETT | 12/20/2023 |
| KNS-100317642 | KRISTEN | BERRY | 12/22/2023 |
| KNS-100285236 | KRISTEN | FEAGA | 12/27/2023 |
| KNS-100820093 | RUBY | CLEMENT | 12/27/2023 |
| KNS-101320507 | MEREDITH | MULFORD | 12/27/2023 |
| KNS-104431504 | RACHEL | LOBATO | 12/27/2023 |
| KNS-100972209 | EMILY | CRAWFORD | 12/29/2023 |
| KNS-101784813 | GWEN | REISMAN | 1/3/2024 |
| KNS-101428510 | JULIE | GREENWOOD | 1/12/2024 |
| KNS-104780630 | DORA | BEYER | 1/13/2024 |
| KNS-105658154 | KASIE | CURTIS | 1/29/2024 |
| KNS-103291164 | NANCY | WITTGOW | 2/9/2024 |
| KNS-105769614 | LORI | MALONEY | 2/10/2024 |
| KNS-103525289 | KAREN | OCONNOR | 2/12/2024 |
| KNS-101077360 | MICHELLE | MARSH | 2/16/2024 |
| KNS-105259497 | VANESSA | LAGNO | 2/16/2024 |
| KNS-101044330 | LEAH | MOORE | 2/21/2024 |
| KNS-103488359 | AMY | DIAZ | 2/21/2024 |
| KNS-106492438 | RITIKA | UDANI | 2/27/2024 |
| KNS-100150497 | AMY | MCGRAIL | 2/29/2024 |
| KNS-104671653 | RENEE | WOOD | 2/29/2024 |
| KNS-100216366 | CARLI | OBELDOBEL | 3/9/2024 |
| KNS-105029068 | ARALLY | ZELAYA | 3/10/2024 |
| KNS-106099426 | GABRIELA | CONNELLY | 3/10/2024 |