UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIN SPENCER et al.,<br><br>         Plaintiffs,<br><br>  -against-<br><br>KNIX WEAR, INC. et al.,<br><br>         Defendants. | Case No. 1:23-cv-07823<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' motions for final approval and attorney fees. ECF Nos. 37, 39. During the preliminary-approval hearing, the Court expressed its concern that Plaintiffs do not seek attorneys' fees for which their counsel was already compensated in a similar action brought by their counsel, *Dickens v. Thinx, Inc.*, Case No. 22-cv-04286 (JMF) (S.D.N.Y.). ECF No. 35 at 18:18-21. Plaintiffs responded that there was a "major divergence in terms of the work that was done" and that they would make it "very clear in [their] fee application where there might have been overlap and where, in fact, there is not." *Id.* at 20:5-10.

  However, Plaintiffs have not explained (let alone substantiated) how the attorney fees requested in this case are not significantly duplicative of those awarded in *Thinx* in the materials submitted for this case's final-approval conference. By **April 18, 2024, at 12:00 p.m.**, Plaintiffs shall submit a letter brief addressing the Court's previously expressed

1

concerns about duplicative compensation. Plaintiff shall also submit billing records for the Court's *in camera* inspection.

Dated: April 15, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge