UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIN SPENCER and NICKOLE GONZALEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KNIX WEAR, INC., KNIX WEAR LLC, KNIX WEAR CALIFORNIA LLC, KNIX WEAR US, INC., and KNIX SAN DIEGO UTC, LLC,<br><br>　　　　　Defendants. | Case No. 1:23-cv-07823 (JLR) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

　　This matter is before the Court on Plaintiffs' unopposed Motion for Final Approval of Class Action Settlement. On October 30, 2023, the Court granted Plaintiffs' unopposed Motion for Preliminary Approval of the proposed settlement ("Settlement") between Erin Spencer and Nickole Gonzalez (together, "Plaintiffs") and Defendants Knix Wear, Inc., Knix Wear LLC, Knix Wear California LLC, Knix Wear US, Inc., and Knix San Diego UTC, LLC (collectively, "Defendants"). ECF No. 34. On April 23, 2024, the Court held a Final Approval Hearing to determine whether the Settlement should be approved as fair, reasonable, and adequate. The Court has considered the Motion and all other submissions and argument in connection therewith, in addition to all other papers and proceedings in this matter.

　　**AND NOW**, this 24th day of April, 2024, upon careful consideration of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement; the objections filed and the

1

Parties' responses thereto; the arguments of the Parties at the Final Approval Hearing held before this Court on April 23, 2024; and all other filings and submissions made in this case, it is hereby

**ORDERED** that, for the reasons stated on the record at the Final Approval Hearing, the Court certifies the proposed Settlement Class and grants Plaintiffs' motion for final approval. The Court finds that the Settlement Class satisfies the requirements of Fed. R. Civ. P. 23(a) and 23(b), and that the Settlement Agreement is fair, reasonable and adequate.

The Clerk of Court is respectfully directed to lift the stay (ECF No. 34), terminate all pending motions, enter judgment, and close this case.

Dated: April 24, 2024
      New York, New York

*Jennifer Rochon*
HON. JENNIFER L. ROCHON
United States District Court
Southern District of New York