UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIN SPENCER and NICKOLE GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KNIX WEAR, INC., KNIX WEAR LLC, KNIX WEAR CALIFORNIA LLC, KNIX WEAR US, INC., and KNIX SAN DIEGO UTC, LLC,<br><br>Defendants. | Case No. 1:23-cv-07823 (JLR)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS** |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS**

Plaintiffs' Unopposed Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards (the "Motion") came before the Court for hearing on April 23, 2024. The Court has considered the Motion and all other submissions and argument in connection therewith, in addition to all other papers and proceedings in this matter. For the reasons stated on the record at the hearing on April 23, 2024, the Court grants the Motion as follows:

1. Plaintiffs' Counsel are hereby awarded attorneys' fees in the amount of **$489,479.00**.

2. Plaintiffs' Counsel are hereby awarded **$8,520.66** in reimbursement of costs and expenses in prosecuting this litigation.

3. Plaintiffs Erin Spencer and Nickole Gonzalez are awarded **$1,000.00** each for their participation and contributions to this litigation and representation of and service to the Settlement Class.

Dated: April 24, 2024
New York, New York

_Jennifer Rochon_
HON. JENNIFER L. ROCHON
United States District Court
Southern District of New York