**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ERIN SPENCER and NICKOLE GONZALEZ,
individually and on behalf of all others similarly
situated,

                      Plaintiffs,

       -against-                                   23 **CIVIL** 7823 (JLR)

                                                             **<u>JUDGMENT</u>**

KNIX WEAR, INC., KNIX WEAR LLC, KNIX
WEAR CALIFORNIA LLC, KNIX WEAR US,
INC., and KNIX SAN DIEGO UTC, LLC,

                              Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated April 24, 2024, the Court certifies the proposed Settlement Class and grants Plaintiffs' motion for final approval. The Court finds that the Settlement Class satisfies the requirements of Fed. R. Civ. P. 23(a) and 23(b), and that the Settlement Agreement is fair, reasonable and adequate. Plaintiffs' Unopposed Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards (the "Motion") came before the Court for hearing on April 23, 2024. The Court has considered the Motion and all other submissions and argument in connection therewith, in addition to all other papers and proceedings in this matter. For the reasons stated on the record at the hearing on April 23, 2024, the Court grants the Motion as follows: 1. Plaintiffs' Counsel are hereby awarded attorneys' fees in the amount of $489,479.00. 2. Plaintiffs' Counsel are hereby awarded $8,520.66 in reimbursement of costs and expenses in prosecuting this litigation. 3. Plaintiffs Erin Spencer and Nickole Gonzalez are awarded $1,000.00 each for their participation and contributions to this litigation and representation of and service to the Settlement Class.

**Dated:**  New York, New York
           April 24, 2024

                                                                         RUBY J. KRAJICK

                                                                          Clerk of Court
                                                       BY:
                                                                          Deputy Clerk